# Order

Michigan Supreme Court
Lansing, Michigan

September 21, 2012

145431

TROY GANSEN,
        Plaintiff-Appellant,

v

JAMIE M. PHILLIPS,
        Defendant-Appellee,

and

JANET PHILLIPS,
        Intervening Defendant-Appellee.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 145431
COA: 304102
Wayne CC: 09-114890-DC

On order of the Court, the application for leave to appeal the May 29, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2012

_____
Clerk

h0918